IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| In the matter of the indictment and arrest warrant for<br>KHALIL TIRIK SHABAZZ a/k/a "Rock" | Case No. 1:24-cr-17-MR-WCM<br><br>**Filed Under Seal** |

FILED
ASHEVILLE, NC

APR 02 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C

## ORDER TO SEAL

UPON MOTION of the United States of America for an order directing that the Indictment, Arrest Warrant, and all related motions or orders issued be sealed,

**IT IS HEREBY ORDERED** that the foregoing materials are sealed.

SO ORDERED on this 2nd day of April 2024.

_____
W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE