IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION



| | |
|---|---|
| In the matter of the indictment and arrest warrant for KHALIL TIRIK SHABAZZ a/k/a "Rock" | Case No. 1:24-cr-17<br><br>**Filed Under Seal** |

## ORDER TO SEAL

UPON MOTION of the United States of America for an order directing that the Indictment, Arrest Warrant, and all related motions or orders issued be unsealed,

**IT IS HEREBY ORDERED** that the foregoing materials are unsealed.

SO ORDERED on this 10th day of April 2024.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE